PETER A. BEE*
RICHARD P. READY
PETER M. FISHBEIN
JAMES R. HATTER
THOMAS J. DONOVAN †
KENNETH A. GRAY
DONALD J. FARINACCI
WILLIAM C. DeWITT
MICHAEL P. SIRAVO

OF COUNSEL

EDWARD P. RA
ROBERT G. LIPP †
ROBERT R. McMILLAN *(Retired)*

\* ALSO ADMITTED IN FL
\*\* ALSO ADMITTED IN NJ
† DECEASED

BEE READY FISHBEIN HATTER & DONOVAN, LLP

# BRFH&D

ATTORNEYS-AT-LAW

SENIOR ASSOCIATE

ANGELO M. BIANCO

ASSOCIATES

† BRIAN A. SUPER
\*\*STEPHEN L. MARTIR
DEANNA D. PANICO
ANDREW K. PRESTON
PETER OLIVERI, JR.
PHILIP A. BUTLER
AMOS BRUNSON, JR.

MAILING/SERVICE ADDRESS

NASSAU COUNTY OFFICE

April 24, 2017

**VIA FEDERAL EXPRESS**

Louis D. Stober, Jr., Esq.
LAW OFFICES OF LOUIS D. STOBER, JR., LLC
98 Front Street
Mineola, New York 11501

Re:   *Arciello, et al. v. County of Nassau, et al.*
      (E.D.N.Y. 16-03974) (ADS)(SIL)
      Our file: 1000-1-1608

Dear Mr. Stober:

Enclosed, please find the following papers comprising Defendants' opposition to Plaintiffs' motion seeking conditional certification of a collective action in the above-referenced litigation:

1. Declaration of Kerrin J. Huber, sworn April 24, 2017
2. Memorandum of Law in Opposition to Plaintiffs' Motion For Conditional Certification of a Collective Action Under the FLSA, dated April 24, 2017

In accordance with Magistrate Judge Locke's Individual Motion Practices, an extra set of papers marked "Courtesy Copy" is enclosed for Plaintiffs' filing with the Court as part of the "bundling rule".

Thank you.

Very truly yours,

*Philip Butler*

Philip A. Butler
Enclosures

Nassau County Office:  170 Old Country Road • Suite 200 • Mineola, NY 11501 • Telephone (516) 746-5599 • Fax (516) 746-1045
Suffolk County Office:  105 Maxess Road • Suite 121 • Melville, NY 11747 • Telephone (631) 501-1030 • Fax (631) 501-5995

*Stober Letter*
*April 24, 2017*
*Page 2*

Cc:    Hon. Steven I. Locke (via ECF)
        Michael P. Siravo, Esq.