## OPT-IN CONSENT FORM
## CONSENT TO JOIN COLLECTIVE ACTION

**Complete and Mail To:**
LAW OFFICES OF LOUIS D. STOBER, JR., LLC
ATTN: Arciello, et al. v. County of Nassau, et al, Collective Action
98 Front Street
Mineola, New York 11501
Phone: 516-742-6546
Fax: 516-742-8603
lstober@stoberlaw.com

I, _LAWRENCE Schnurr_, attest that I have been employed as a non-exempt employee at any time from July 18, 2013 to the present. I attest that I have read the attached **Notice of Collective Action** and hereby opt-in to become a Plaintiff in the lawsuit and consent to be bound by the resolution of the claims asserted herein.

I hereby designate the Law Office of Louis D. Stober, Jr. to represent me for all purposes of this action and designate the Named Plaintiffs in this action as my agents to make decisions on my behalf concerning this lawsuit, including the method and manner of conducting this action, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this action.

By signing below, I hereby consent to be a plaintiff in the case of *Arciello, et al. v. County of Nassau, et al*, 16-CV-3974 (ADS) (SIL).

Date _11-21-17_          Signature _____

Department _N.C. Sheriff's Dept._

**\*Statute of Limitations concerns mandate that you return this Opt-In Consent Form as soon as possible to preserve your rights.\***