PETER A. BEE*
RICHARD P. READY
PETER M. FISHBEIN
JAMES R. HATTER
THOMAS J. DONOVAN †
KENNETH A. GRAY
DONALD J. FARINACCI
WILLIAM C. DeWITT
MICHAEL P. SIRAVO

OF COUNSEL

EDWARD P. RA
ROBERT G. LIPP †
ROBERT R. McMILLAN *(Retired)*

\* ALSO ADMITTED IN FL
\*\* ALSO ADMITTED IN NJ
† DECEASED

**BEE READY FISHBEIN HATTER & DONOVAN, LLP**

# BRFH&D

ATTORNEYS-AT-LAW

SENIOR ASSOCIATE

ANGELO M. BIANCO

ASSOCIATES

† BRIAN A. SUPER
\*\*STEPHEN L. MARTIR
DEANNA D. PANICO
ANDREW K. PRESTON
PETER OLIVERI, JR.
AMOS BRUNSON, JR.

MAILING/SERVICE ADDRESS

NASSAU COUNTY OFFICE

December 6, 2017

Honorable Steven I. Locke
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

        Re:    Arciello, et al. v. County of Nassau, et al.
               EDNY Docket No.: 16-cv-3974 (ADS)(SIL)

Dear Judge Locke:

This law firm represents the Defendants in the above-referenced action. We are writing to respectfully request that the Court strike the Opt-In Consent Forms filed by Plaintiffs and Order Plaintiffs to cease and desist from continuing to solicit collective action members through the distribution of an unauthorized collective action notice.

On November 10, 2017, Plaintiffs filed a proposed collective action notice with the Court. That proposed notice contains an erroneous eligibility date. The notice falsely informs County employees that they may be eligible to join this lawsuit if they worked for the County at any time since July 18, 2013. This, however, is entirely incorrect. The statute of limitations is not tolled from the filing of the Complaint, and claims that are more than three years old are, therefore, time barred.

After discussing the issue with Plaintiffs' counsel, on November 17, 2017, Defendants filed a motion to amend/correct the proposed collective action notice submitted by Plaintiffs. A hearing with respect to this issue has been set before Your Honor for December 18, 2017 at 11:30 am. Nevertheless, Plaintiffs' counsel is operating as though a decision in his favor has already been rendered by the Court.

Although a decision has not yet been issued by the Court, Plaintiffs have been distributing the unauthorized notice. This is evidenced by the nearly two hundred consent forms that have been filed to date, in which each of the signatory attests that he or she has "read the attached Notice of Collective Action." It bears emphasizing that that Notice of Collective Action has not been approved by the Court, is the subject of a pending motion, and contains false information.

Honorable Steven I. Locke
December 6, 2017
Page 2

Therefore, it is respectfully requested that the Court strike the Opt-In Consent Forms and Order Plaintiffs to cease and desist the distribution of an unauthorized notice to potential collective action members.

Thank you for your consideration of this matter.

Respectfully yours,

Deanna D. Panico