**UNITED STATES DISTRICT COURT**       **CIVIL CONFERENCE**
**EASTERN DISTRICT OF NEW YORK**       **MINUTE ORDER**

BEFORE: STEVEN I. LOCKE       DATE:  4/20/2018
       U.S. MAGISTRATE JUDGE       TIME:  10:00 am

CASE:  **CV16-3974 (ADS) Arciello et al v. County of Nassau et al**

TYPE OF CONFERENCE:   STATUS       FTR: 10:41-11:03

APPEARANCES:
       For Plaintiff:  Louis Stober

       For Defendant: Deanna Panico

**THE FOLLOWING RULINGS WERE MADE:**

☐       Scheduling Order entered.

☐       The court has adopted and So Ordered the joint proposed scheduling order [     ] submitted by the parties.

☐       The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒       Other:   Status conference held.  Plaintiffs' motion to compel, for equitable tolling and sanctions, DE [167], is granted in part and denied in part as follows for the reasons set forth on the record: On or before May 21, 2018, Defendants will produce a list of potential opt-ins going back three years prior to the filing of the complaint.  Plaintiff's application for equitable tolling is granted for the period beginning with the filing of the Complaint until the complete list of potential opt-ins is produced.
       Plaintiff's motion for sanctions is denied.

**COURT APPEARANCES:**
The following conference(s) will be held in courtroom 820 of the Central Islip courthouse:

        7/18/18 at 10:30 am   : Status conference

       SO ORDERED

       /s/Steven I. Locke
       STEVEN I. LOCKE
       United States Magistrate Judge