<table>
<tr><td>

PETER A. BEE*
RICHARD P. READY
WILLIAM C. DEWITT
ANDREW K. PRESTON**
STEPHEN L. MARTIR**


*   ALSO ADMITTED IN FL
** ALSO ADMITTED IN NJ

</td><td>

# BEE READY LAW GROUP, LLP

170 Old Country Road, Suite 200
Mineola, New York  11501
T. 516-746-5599 -- F. 516-746-1045
www.beereadylaw.com

</td><td>

SENIOR ASSOCIATE:
RHODA Y. ANDORS

ASSOCIATES:
PETER OLIVERI, JR.
THEODORE GORALSKI
JASON P. BERTUNA
**CHRISTOPHER J. NEUMANN
KEVIN SIMMONS
CATHERINE V. BATTLE

</td></tr>
</table>

February 2, 2026

*Filed Via ECF*

Hon. Joan M. Azrack
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: *Burns, et al. v. County of Nassau*, et al.,
16-CV-3974 (JMA)(SIL)

Dear Judge Azrack,

  This law firm represents Defendant Nassau County ("the County") in the above referenced action. This case is a large FLSA collective action with approximately 580 Plaintiffs ("the Plaintiffs") and collective action members over a relevant time period of about ten years.

  Our summary judgment motion for this FLSA collective action is due to be served by February 16, 2026. As per Your Honor's Individual Rules, Rule I.E., on Electronic Case Filing, we seek this Court's direction on whether to file with our summary judgment motion exhibits with all of the documents produced in discovery to the Plaintiffs' counsel upon which our analysis of the issue of prompt payment of overtime is based or whether we can simply provide exhibits with a sample of each of the types of documents produced. Our analysis will be included in our memorandum of law.

  The discovery documents produced and upon which our analysis is based were for a sample of 10% of the Plaintiffs and several months in three different years, as agreed to by the parties. The discovery documents produced include pdfs of about 2,935 paper overtime and time and leave records and an Excel spreadsheet with about 7,183 entries of names, dates of overtime work and payment.

  Please advise us on how to proceed.
  Thank you.

Respectfully submitted,

/s/ *Rhoda Y. Andors*
Rhoda Y. Andors, Esq.
randors@beereadylaw.com